Paul W. Moncrief, Esq., SBN 204239
Paul Hart., Esq., SBN 237766
JOHNSON & MONCRIEF, PLC
295 Main Street, Suite 600
Salinas, CA 93901
Telephone: (831) 759-0900
Facsimile: (831) 759-0902

Attorney for George Amaral Ranches, Inc., and C & G Farms, Inc.,

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE AMARAL RANCHES, INC., and C & G FARMS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>FARMERS PROCESSING, INC., and RAYMOND RODRIGUEZ., a California Corporation, and DOES 1 through 20, Inclusive,<br><br>Defendants. | Case No.: C09-05076<br><br>**STIPULATION FOR ENTRY OF JUDGMENT AND ORDER THEREON** |

IT IS HEREBY STIPULATED by and between the parties that JUDGMENT be entered as follows:

1.      Defendants Farmers Processing, Inc., a California Corporation and Raymond Rodriguez, personally, stipulate that judgment be entered jointly and severally against Farmers Processing, Inc. and Raymond Rodriguez (jointly "Defendants") in favor of Plaintiffs George Amaral Ranches, Inc. and C&G Farms, Inc. ("Plaintiffs"), on the First, Second, and Third Causes of Action of Plaintiffs' Complaint alleging Violation of Perishable Agricultural

Stipulation for Entry of Judgment
*George Amaral Ranches, Inc et al., v. Farmers Processing, Inc. et al.*
Case No. C09-05076

1

Commodities Act (PACA) and Enforcement of Statutory Trust Provisions of PACA (7 U.S.C. Sections 499b(1) – (7) and 499e(c)(1)-(4)), in the amount of Four Hundred Fifty Thousand Dollars ($450,000.00), with interest accruing thereon from May 15, 2010, at the rate of 7 percent (7%) per annum, minus any payments made by Defendants on account of this Judgment and the attached Settlement Agreement.

2. Plaintiffs will not seek to enforce or begin collection action in connection with this Judgment so long as Defendants satisfies the payment terms set forth in paragraph 2(a) of the Settlement Agreement.

3. Plaintiffs are valid trust creditors under Section 5(c) of PACA, 7 U. S.C. Section 499e(c) against Farmers Processing.

4. Upon payment in full, Plaintiffs shall file a Notice of Satisfaction of Judgment with the Court.

5. The parties jointly stipulate that in the event that any legal action or collection actions is necessary to enforce the terms of this Stipulation, the prevailing party in such action shall be entitled to recover its reasonable attorney's fees and costs.

6. This Stipulation may be executed in any number of counterparts, each of which shall be an original, but all of which together shall constitute one instrument. The parties agree that a facsimile signature shall be treated in all respects as having the same effect as an original signature.

7. The signatories to this Stipulation assert and represent that they are fully empowered and authorized to execute this Stipulation on behalf of the entity for whom they purport to sign.

Stipulation for Entry of Judgment
*George Amaral Ranches, Inc et al., v. Farmers Processing, Inc. et al.*
Case No. C09-05076
2

| | |
|---|---|
| Dated: May ___, 2010<br>June 10, 2010 | George Amaral Ranches, Inc.<br><br>_____<br>George Amaral |
| Dated: May ___, 2010<br>June 10, 2010 | C&G Farms, Inc.<br><br>_____<br>Carlos Amaral |
| Dated: May ___, 2010 | Farmers Processing, Inc.<br><br>_____<br>Raymond Rodriguez |
| Dated: May ___, 2010 | Raymond Rodriguez, personally<br><br>_____<br>Raymond Rodriguez |

### ORDER

Based on the stipulation above, and finding good cause therefore, it is hereby ORDERED that JUDGMENT be entered, as set forth herein on the terms set forth herein.

Dated: _____

                                  JUDGE OF THE UNITED STATES
                                  DISTRICT COURT, NORTHERN
                                  DISTRICT OF CALIFORNIA

Stipulation for Entry of Judgment
George Amaral Ranches, Inc. et al. v. Farmers Processing, Inc. et al.
Case No. C09-05076

3

Jun 9 2010 17:52   P.06
Jun 10 2010  8:43   P.09

Dated: May ____, 2010          George Amaral Ranches, Inc.

_____
George Amaral

Dated: May ____, 2010          C&G Farms, Inc.

_____
Carlos Amaral

Dated: May 27, 2010            Farmers Processing, Inc.

*(signature)*
Raymond Rodriguez

Dated: May 27, 2010            Raymond Rodriguez, personally

*(signature)*
Raymond Rodriguez

### ORDER

Based on the stipulation above, and finding good cause therefore, it is hereby ORDERED that JUDGMENT be entered, as set forth herein on the terms set forth herein.

Dated: 6/15/10

*(signature: Susan Illston)*
JUDGE OF THE UNITED STATES
DISTRICT COURT, NORTHERN
DISTRICT OF CALIFORNIA

Stipulation for Entry of Judgment
*George Amaral Ranches, Inc. et al. v. Farmers Processing, Inc. et al.*
Case No. C09-05076
3